UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT
CHATTANOOGA

**To:** Bryan Capps

**Case No.:** 1:18-CV-198

| **General** |  |
|---|---|
| No payment submitted. |  |
| Amount due: |  |
| Attorney not registered for CM/ECF |  |
|  |  |

| **Complaints** |  |
|---|---|
| Cover sheet not included |  |
| Summons not completed or filled out improperly | ✓ |
| Incorrect party name added |  |
| Incorrect party role |  |
| Incomplete name |  |
| Name in all caps |  |
| Address information should not have been entered |  |
| Incorrect cause of action chosen |  |
| Incorrect nature of suit chosen |  |
| Wrong division chosen |  |

| **Other filings -- Doc. No.:** |
|---|
| Filed in wrong case |
| Wrong event used |
| s/signature missing |
| Original signature not in compliance with ECF Rule 6 |
| Multi-part motion not selected |
| Attachment should be filed separately |
| Blank pages |
| Page orientation wrong |
| Discovery documents improperly filed (See FRCP 5(d)) |
| Proposed agreed order: joint motion required (See ECF Rule 4.8) |
| Copyright/Patent form not filed (See LR 3.1.1) |
| Other: |

**Action to be taken:** Please refile document #11, summons in completed form.

Informational only: ☐